```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                      SOUTHERN DIVISION
```

**MICHELLE D. KING,**                   :

    **Plaintiff,**                       :

vs.                                     :

                                                CIVIL ACTION 06-0576-KD-M

**MICHAEL J. ASTRUE,**                  :
Acting Commissioner of
Social Security,                        :

    **Defendant.**                       :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that the decision of the Commissioner be **REVERSED** and that this action be **REMANDED** for further action not inconsistent with the Orders of this Court.

DONE this 10th day of April, 2007.

                                       **s/ Kristi K. DuBose**
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**