```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

**MICHELLE D. KING,**            :
                                 :
    **Plaintiff,**            :
                                 :
**vs.**                          :   CIVIL ACTION 06-0576-KD-M
                                 :
**MICHAEL J. ASTRUE,**           :
**Commissioner of**              :
**Social Security,**             :
                                 :
    **Defendant.**            :

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that Plaintiff's Motion for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act 28 U.S.C. 2412 be **GRANTED,** without objection, and that Plaintiff's attorney be and is hereby **AWARDED** an EAJA attorney's fee in the amount of $875.00.

DONE this 7th day of August, 2007.

                                       s/ Kristi K. DuBose
                                       **KRISTI K. DuBOSE**
                                       **UNITED STATES DISTRICT JUDGE**